

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In re Andrew Lee Gray

No. 06-23-00237-CR

Original Mandamus Proceeding

Memorandum Opinion delivered by Justice
Rambin, Chief Justice Stevens and Justice
van Cleef participating.

     As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED DECEMBER 5, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk